B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Terra Nursery & Landscape Service, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **36-3211260** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **27608 North Gilmer Road Mundelein, IL** ZIP Code **60060** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Terra Nursery & Landscape Service, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Terra Nursery & Landscape Service, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Joel A. Schechter**
Signature of Attorney for Debtor(s)

**Joel A. Schechter   03122099**
Printed Name of Attorney for Debtor(s)

**LAW OFFICES OF JOEL A. SCHECHTER**
Firm Name

**53 W. Jackson Blvd.**
**Suite 1025**
**Chicago, IL 60604**

Address

**Email: joelschechter@covad.net**
**(312)332-0267  Fax: (312)939-4714**
Telephone Number

**October 26, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ James R. Metzger**
Signature of Authorized Individual

**James R. Metzger**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 26, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

A Better Water Treatment Co.
4817 McCullom Lake Rd
Mchenry, IL 60050


American Express
Customer Svc.
P.O. Box 981535
El Paso, TX 79998-1535


American National Sprnkler & Light
924 Turret Court
Mundelein, IL


Aramark-Catalog Orders
P.O. Box 0903
Carol Stream, IL 60132-0903


Aramark-Uniforms
4200 South Halsted
Chicago, IL


Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL 60654


AT&T Credit Card
P.O. Box 6500
Sioux Falls, SD 57117-6500


Chase
Cardmember Services
P.O. Box 15298
Wilmington, DE 19886-5153


Chicago Title Land Trust Co.
4240 Paysphere Circle
Chicgo, IL


Chicagoland's Premier Pool Consult.
98 King Arthur Court
Elgin, IL

```
Citi Card
P.O. Box 6000
The Lakes, NV 89163-6000


Citizens Bank and Trust Co. of Chic
5700 North Central Avenue
Chicago, IL 60646


Commerce & Industry Insurance Co.
Michael Davis Weis
P.O. Box 1166
Northbrook, IL 60065


Condell Acute Care - BG
P.O. Box 7040
Libertyville, IL 60048


Condell Medical Center
c/o Specialized Receivables
7 Audubon Road
Wakefield, MA 01880-1248


Converged Digital Networks
2047 Ogden Avenue
Downers Grove, IL


Craft Concrete
134 S. Hwy. 14
Cary, IL 60013-2927


Daniel T.Frommeyer
Daniel T. Frommeyer, Ltd.
400 East Main Street
Barrington, IL 60010


DEX
8519 Innovation Way
Chicago, IL 60682-0085


DRR Construction, Inc.
P.O. Box 707
Island Lake, IL 60042
```

Eden Stone Co., Inc.
P.O. Box 686378
Milwaukee, WI 53268


Eden Stone Co., Inc.
W4520 Lime Road
Eden, WI 53019


Frank G. Roux
Frank G. Roux Ltd.
715 Ela Road
Lake Zurich, IL 60047


GC Services Limited Partnership
Collection Agency Divison
6330 Gulfton
Houston, TX 77081


GC Services Limited Partnership
PO Box 79
Elgin, IL 60121


Golan & Christie
70 West Madison Street
Suite 1500
Chicago, IL 60602-4208


Harris Builders, LLC
c/o Daniel P. Hogan, McCabe & Hogan
19 S. Bothwell Street, Suite 200
Palatine, IL 60067


Hawkersmith & Sons Nursery, Inc.
950 Hawkersmith Road
Tullahoma, TN 37388


Home Pages
915 E. Lincoln Hwy
P.O. Box 801
DeKalb, IL


Hydrologic
1100 U.S. Bank Plaza
200 South 6th Street
Minneapolis, MN

```
I.D.E.S.
Northern Region
260 E. Indian Trail Road
Aurora, IL 60505-1733


Internal Revenue Service
ACS Support - Stop 813G
P.O. Box 145566
Cincinnati, OH 45250-5566


Internal Revenue Service
ACS Support - Stop 813G
P.O. Box 145250
Cincinnati, OH 45250-5566


James R. & Sally D. Metzger
28007 North Owens Road
Mundelein, IL 60060


Joshua B. Levy
Crivello Carlson, S.C.
710 North Plankinton Avenue
Milwaukee, WI 53203


JR Scott and Associates
4331 N. Federal Highway, Suite 309
Fort Lauderdale, FL 33308


Jude & Sharon Duval
108 Remington
Barrington Hills, IL 60010


Kanzler Landscaping
PO Box 626
Wauconda, IL 60084


KG Horticultural Services LLC
109 Martin Street
Sharon, WI


KG Web Development
1213 Regent Drive
Mundelein, IL 60060
```

```
Kinnucan
28877 N. Nagel Court
Lake Bluff, IL 60044


Lake Fountains & Aeration, Inc.
320 Gordon Street
Sanford, FL


Lee Auto Parts
324 N. Lake Street
Mundelein, IL 60060


Letvin & Stein
541 North Fairbanks Court
Suite 2121
Chicago, IL 60611


Liberty Bell Electric
22224 West IL Route 176
Mundelein, IL 60060


LubePro's
1079 W. Maple
Mundelein, IL 60060


Manuel Acosta
c/o Linn and Campe Ltd.
215 North ML King Avenue
Waukegan, IL 60085


Midwest Hose & Fitting
1840 Industrial Drive
Unit 300
Libertyville, IL


New Hampshire Insurance
AIG Specialty Workers Comp. Grp.
P.O. Box 409
Parsippany, NJ 07054-0409


Palatine Oil Co., Inc.
P.O. Box 985
Palatine, IL 60078
```

```
Peter Snelten & Sons, Inc.
25000 South Old Rand Road
Wauconda, IL


Richard Kubinski Excavating, Inc.
c/o Tribler, Orpett & Meyer, P.C.
225 W. Washington Street, Suite 130
Chicago, IL 60606


Richard Weidner Concrete Contractor
7705 Industrial Drive
Suite G
Spring Grove, IL 60081


T & T Reproduction & Supplies
511 N. Second Street
Libertyville, IL


Taylor Rental
946 South Lake Street
Mundelein, IL 60060


TDS Metrocom
PO Box 94510
Palatine, IL 60094-4510


The Hartford Insurance Co.
P.O. Box 2907
Hartford, CT 06104-2907


Town & Country
3900 W. 157th Street
Markham, IL 60428


Trustgard Insurance Co.
PO Box 740604
Cincinnati, OH


Valders Stone & Marble, Inc.
318 W. Washington Street
Valders, WI 54245


Wilson Landscape Supply, Inc.
43W967 State Route 72
Hamp
```

```
Xylem Ltd.
18715 Route 84 N.
Cordova, IL 61242
```